UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUBARU OF NEW ENGLAND, INC. *Plaintiff,* | : | |
| | : | |
| v. | : | C.A. No. 075-249-S |
| | : | |
| BALD HILL REALTY CO. d/b/a BALD HILL SUBARU *Defendant.* | : | |

**NOTICE OF APPEARANCE**

I hereby enter my appearance on behalf of the Defendant, BALD HILL REALTY CO. d/b/a BILL HILL SUBARU.

BALD HILL REALTY CO d/b/a BALD HILL SUBARU,
By its attorneys,

/s/ Michael J. McEntee
Michael J. McEntee, Esq.( #2092)
McEntee & McEntee
915 Tollgate Road
Warwick, RI 02886
(401) 823-3313
(401) 826-0950 (fax)
mmcenteelaw@verizon.net

**CERTIFICATION**

I hereby certify that the foregoing Notice of Appearance was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 7th day of August 2007:

Mitchell R. Edwards
Hinckley, Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
medwards@haslaw.com

/s/ Michael J. McEntee