UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BALD HILL REALTY CO.<br>D/B/A BALD HILL SUBARU,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF NEW ENGLAND, INC.,<br><br>Defendant. | C.A. No. 07-249S |

**ENTRY OF APPEARANCE**

I, Brent R. Canning, hereby enter my appearance as counsel for Defendant, Subaru of New England, Inc.

/s/ Brent R. Canning
Brent R. Canning (#5546)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
401-274-2000
401-277-9600 (fax)

Dated: August 22, 2007

#824222v1
055837- 133390

OF COUNSEL:

Howard M. Cooper
Heidi A. Nadel
TODD & WELD, LLP
28 State Street, 31st Floor
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 227-5777
hcooper@toddweld.com
hnadel@toddweld.com
(admitted *pro hac vice)*

**CERTIFICATION**

I hereby certify that on August 22, 2007, a copy of the foregoing Entry of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing thorough the Court's CM/ECF system.

Michael J. McEntee, Esq.
915 Tollgate Road
Warwick, RI 02886

/s/ Brent R. Canning
Brent R. Canning (#5546)