UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUBARU OF NEW ENGLAND, INC., Plaintiff, v. BALD HILL REALTY CO. d/b/a BALD HILL SUBARU, Defendant. | ) | C.A. No. 07-249-S |

**AFFIDAVIT OF HENRY J. BURBANK**

I, Henry Burbank, do hereby depose and say as follows:

1. I am Vice President Market Development for Subaru of New England, Inc. ("SNE"), a position that I have held since 1980. I am, and since 1980 have been, responsible for dealer appointments, including the appointment of Subaru dealers in the six New England states. I also am responsible for analyzing the adequacy of Subaru representation in the New England region for SNE. SNE maintains its offices in Norwood, Massachusetts, and has maintained its principal place of business in Norwood at all times pertinent to the events set forth in this affidavit.

2. My purpose in making this affidavit is to provide the Court with additional information concerning the contractual rights that will revert to SNE upon termination of Bald Hill's Subaru Dealer Agreement and franchise and the value of those rights. I make this affidavit of my own personal knowledge.

3. SNE is the authorized distributor of Subaru vehicles for the six New England states under contract with Subaru of America, Inc. ("SOA"). SNE is an independent corporation

which has no shareholders, officers or directors in common with SOA. SNE is licensed as a "distributor" by Rhode Island. SNE sells or distributes new motor vehicles to new motor vehicles dealers in Rhode Island. SNE does not now and never has manufactured or assembled new motor vehicles.

4. Bald Hill has been an authorized Subaru dealer for many years pursuant to successive Subaru Dealer Agreements with SNE. Bald Hill's most recent Subaru Dealer Agreement with SNE, as amended, has a term of April 1, 2004 through March 31, 2009 (the "Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit A. SNE and Bald Hill further agreed to incorporate certain of SOA's Standard Provisions into the Agreement. A true and correct copy of the Standard Provisions is attached hereto as Exhibit B.

5. Under the Agreement, Bald Hill has responsibility for the promotion, sale and service of Subaru products within a specified area of responsibility ("AOR") referred to as the Warwick AOR; it is an area containing zip codes including and surrounding Warwick, Rhode Island. Bald Hill's Warwick AOR represents the largest AOR in Rhode Island and one of the largest markets in New England.

6. As part of the Agreement, Bald Hill also acquired a limited right to use the Subaru trade name and trademarks in its business activities, and thereby to trade on the brand recognition and goodwill SNE has developed in the market.

7. By letter dated June 6, 2007, SNE provided Bald Hill with a Notice of Termination of Subaru Dealer Agreement and Franchise ("Termination Notice"). In the Termination Notice, SNE advised that it was terminating Bald Hill's Subaru Dealer Agreement and franchise effective September 10, 2007.

8. Upon termination, all rights granted to Bald Hill under the Agreement will revert to SNE, requiring Bald Hill to shut down its Subaru business, to cease from selling Subaru products and from using the Subaru trademarks and trade name, among other things. Upon termination, SNE will have the right, among other things, to select and appoint a new dealership that is willing and able to perform up to the reasonable performance standards set for it in the Warwick AOR currently assigned to Bald Hill.

9. Subaru dealerships in New England are regularly bought and sold. In my position as Vice President Market Development, I have been responsible for facilitating approval of numerous buy-sell agreements between dealers. I estimate that I have been involved in more than three dozen buy-sell agreements for Subaru dealerships. On average, the value of the rights transferred from an existing Subaru dealer in New England to a buying dealer, exclusive of tangible assets, has been well in excess of $75,000. Based upon my knowledge and experience, the rights that will revert to SNE upon termination of Bald Hill's Subaru Dealer Agreement and franchise are worth well in excess of $75,000. This is particularly true where the Warwick AOR is one of the largest markets in New England.

SIGNED AND SWORN BEFORE ME UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22 DAY OF AUGUST, 2007.

Henry J. Burbank

Henry J. Burbank

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF NORFOLK

Linda L. Morse

Notary Public
Print Name: Linda L. Morse
My Commission Expires:

LINDA L. MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 4, 2009