UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUBARU OF NEW ENGLAND, INC., Plaintiff, v. BALD HILL REALTY CO. d/b/a BALD HILL SUBARU, Defendant. | ) | C.A. No. 07-249-S-DLM |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**

Subaru of New England, Inc. ("SNE") and Bald Hill Realty Co. d/b/a Bald Hill Subaru ("Bald Hill") hereby move this court to approve the Settlement and Termination Agreement dated October 5, 2007 by and between SNE and Bald Hill. In support of this motion, SNE and Bald Hill rely upon the accompanying memorandum of law.

SUBARU OF NEW ENGLAND, INC.

Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
medwards@haslaw.com

Howard M. Cooper, Esq. (admitted *pro hac vice*)
Heidi A. Nadel (admitted *pro hac vice*)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 227-5777
hcooper@toddweld.com
hnadel@toddweld.com

BALD HILL REALTY CO. d/b/a BALD HILL SUBARU

Michael J. McEntee, Esq.
McEntee & McEntee
915 Tollgate Road
Warwick, RI 02886
Phone: (401) 823-3313
Fax: (401) 826-0950
mmcenteelaw@verizon.net

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SUBARU OF NEW ENGLAND, INC., Plaintiff, v. BALD HILL REALTY CO. d/b/a BALD HILL SUBARU, Defendant. | C.A. No. 07-249-S-DLM |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND TERMINATION AGREEMENT**

Pursuant to Local Rule 7, Subaru of New England, Inc. ("SNE") and Bald Hill Realty Co. d/b/a Bald Hill Subaru ("Bald Hill") jointly submit this memorandum of law in support of their Joint Motion to Approve the Settlement and Termination Agreement. SNE and Bald Hill entered into the Settlement and Termination Agreement dated October 5, 2007 of their own free will with the advice of counsel. The Settlement and Termination Agreement is a fair resolution of the pending disputes between Bald Hill and Subaru captioned as follows: (1) Subaru of New England, Inc. v. Bald Hill Realty Co. d/b/a Bald Hill Subaru, C.A. No. 07-249S; (2) Bald Hill Realty Co. d/b/a Bald Hill Subaru v. Subaru of New England, Inc., C.A. No. 07-298S; and (3) Bald Hill Realty Co. d/b/a Bald Hill Subaru v. Subaru of New England, Inc., C.A. No. 070221.

The relationship between SNE, an automobile distributor, and Bald Hill, an automobile dealer, is governed in certain respects by applicable state and federal laws, including without limitation Rhode Island Title 31, Chapter 31-5.1. The parties do not agree on the extent to which these dealer laws are applicable to their relationship.

Regardless, the parties agree that their Settlement and Termination Agreement satisfy whatever legal standards are applicable to agreements between distributors and dealers or, if applicable (which SNE disputes), to manufacturers and dealers. This includes without limitation laws imposing certain requirements that agreements entered into between manufacturers and dealers be the product of good faith negotiation, and not threats, intimidation, or coercion or which are in bad faith, arbitrary, or unconscionable. *See, e.g.*, Rhode Island Title 31, Chapter 31-5.1-4.

The Rhode Island Motor Vehicle Dealers Act, Title 31, Chapter 31-5.1, applies by its terms to all agreements between "a manufacturer and a motor vehicle dealer" and "all other agreements in which the manufacturer, wholesaler, or distributor has any direct or indirect interest." Title 31, Chapter 31-5.1-8. The Act further provides, "Any contract, part of a contract, or practice under a contract in violation of any provision of this chapter shall be deemed against public policy and shall be void and unenforceable." Title 31, Chapter 31-5.1-14.

Although the parties dispute whether Subaru is a "manufacturer" or merely a "distributor" as defined in the Act, they agree that their Settlement and Termination Agreement is a contract subject to the Act. The parties further agree that the Settlement and Termination Agreement is not in violation of any provision of the Act. To avoid any future contradictory position taken by either party or a successor to such, the parties seek this Court's approval of the Settlement and Termination Agreement.

Accordingly, the parties jointly request that the Court approve their Settlement and Termination Agreement and find that it is the product of good faith negotiation, not the product of threats, intimidation and coercion, not in bad faith, arbitrary or

unconscionable, not in violation of any applicable law and, in particular, not in violation of Rhode Island Title 31, Chapter 31-5.1.

The parties further request that the docket of the pending cases so reflect this finding.

Therefore, SNE and Bald Hill respectfully request that the Court grant their Joint Motion to Approve the Settlement and Termination Agreement.

SUBARU OF NEW ENGLAND, INC.

Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
medwards@haslaw.com

Howard M. Cooper, Esq. (admitted *pro hac vice*)
Heidi A. Nadel (admitted *pro hac vice*)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 227-5777
hcooper@toddweld.com
hnadel@toddweld.com

BALD HILL REALTY CO. d/b/a
BALD HILL SUBARU

Michael J. McEntee, Esq.
McEntee & McEntee
915 Tollgate Road
Warwick, RI 02886
Phone: (401) 823-3313
Fax: (401) 826-0950
mmcenteelaw@verizon.net