UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SUBARU OF NEW ENGLAND, INC.,

Plaintiff,

v.

BALD HILL REALTY CO.
d/b/a BALD HILL SUBARU,

Defendant.

C.A. No. 07-249-S-DLM

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**

Subaru of New England, Inc. ("SNE") and Bald Hill Realty Co. d/b/a Bald Hill Subaru ("Bald Hill") hereby move this court to approve the Settlement and Termination Agreement dated October 5, 2007 by and between SNE and Bald Hill. In support of this motion, SNE and Bald Hill rely upon the accompanying memorandum of law.

SUBARU OF NEW ENGLAND, INC.

Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
medwards@haslaw.com

Howard M. Cooper, Esq. (admitted *pro hac vice*)
Heidi A. Nadel (admitted *pro hac vice*)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 227-5777
hcooper@toddweld.com
hnadel@toddweld.com

BALD HILL REALTY CO. d/b/a
BALD HILL SUBARU

Michael J. McEntee, Esq.
McEntee & McEntee
915 Tollgate Road
Warwick, RI 02886
Phone: (401) 823-3313
Fax: (401) 826-0950
mmcenteelaw@verizon.net

ENTER WESm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/11/07