UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SUBARU OF NEW ENGLAND, INC.,

Plaintiff,

v.

BALD HILL REALTY CO.
d/b/a BALD HILL SUBARU,

Defendant.

C.A. No. 07-249-S-DLM

**DISMISSAL STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate that all claims brought, or which could have been brought, by Subaru of New England, Inc. against Bald Hill Realty Co. d/b/a Ball Hill Subaru are hereby dismissed WITHOUT PREJUDICE and WITHOUT COSTS OR INTEREST and waiving all rights of appeal.

SUBARU OF NEW ENGLAND, INC.

Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
medwards@haslaw.com

BALD HILL REALTY CO. d/b/a
BALD HILL SUBARU

Michael J. McEntee, Esq.
McEntee & McEntee
915 Tollgate Road
Warwick, RI 02886
Phone: (401) 823-3313
Fax: (401) 826-0950
mmcenteelaw@verizon.net

Howard M. Cooper, Esq. (admitted *pro hac vice*)
Heidi A. Nadel (admitted *pro hac vice*)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 227-5777
hcooper@toddweld.com
hnadel@toddweld.com

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/11/07